IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DIRECTV, INC.,

        Plaintiff,

vs.                              Civil Action 2:04-CV-930
                                  Judge Sargus
                                  Magistrate Judge King
TIM NEFF,

        Defendant.

### ORDER

On June 10, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that judgment be entered in favor of DIRECTV and against Defendant in the amount of $60,000.00 in statutory damages and $1,031.56 in attorneys fees and costs, for a total of $61,031.56. It was further recommended that Plaintiff DIRECTV's January 10, 2005, motion for default judgment, Doc. No. 8, be granted and that judgment be entered in the amount of $61,031.56. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff DIRECTV's January 10, 2005, motion for default judgment, Doc. No. 8, is **GRANTED**. The Clerk shall enter **FINAL JUDGMENT** in favor of DIRECTV and against defendant Tim Neff in the amount of $60,000.00 in statutory damages and $1,031.56 in attorneys fees and costs, for a total of $61,031.56.

7-5-2005
Date

Edmund A. Sargus, Jr.
United States District Judge